Anthony Lango, Plaintiff-Appellant, v. Division Paint & Garden Supply Co., a Corporation, Goshen Churn & Ladder, Inc., a Corporation, and Milo Lang, Defendants-Appellees.

Gen. No. 49,440.

First District, Second Division.

October 11, 1966.

Philip H. Corboy and James P. Chapman, of Chicago, for appellant; Tom L. Yates, of Chicago (Carl E. Abrahamson, of counsel), for appellees. Opinion by JUSTICE BURKE. Not to be published in full.